Joshua M. Wolf, OSB No. 141892
WOLF LEGAL, LLC
220 NW 8th Ave.
Portland, Oregon 97209
Telephone: 503.893.9788
Email: Josh@WolfLegalPDX.com

J. Stephen Simms
(*Pro hac vice* application forthcoming)
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Email: jssimms@simmsshowers.com

*Attorneys for Plaintiff*
DAN-BUNKERING (MIDDLE EAST) DMCC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAN-BUNKERING (MIDDLE EAST) DMCC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>M/V OLYMPIC PROGRESS, IMO No. 9513854, its engines, tackle, and apparel, *in rem*,<br><br>　　　　　　　　　　　Defendant. | Case No. 3:20-cv-00522-MO<br><br>**ORDER ALLOWING CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL** |

**ORDER ALLOWING CARGO HANDLING,
REPAIRS, AND MOVEMENT OF THE VESSEL**

WHEREAS, on review of Plaintiff's Motion to Allow Cargo Handling, Repairs, and

Page 1 -    ORDER ALLOWING CARGO HANDLING, REPAIRS,
　　　　　　AND MOVEMENT OF THE VESSEL

Movement of the Vessel, requesting issuance of an Order, and the Court finding that the conditions set forth Local Rule 1035-2 and good cause exists,

NOW, THEREFORE, it is hereby:

ORDERED that Plaintiff's Motion is granted, M/V OLYMPIC PRORESS, IMO No. 9513854 (the "Vessel") shall be permitted to conduct normal operations while under arrest, including cargo handling, repairs, and movement to safe anchorage within the waters of the District of Oregon, but at the risk and expense of the Vessel's interests; and it is further

ORDERED that the substitute custodian shall ensure that the operations of the Vessel conducted are normal port operations, *i.e.* normal cargo operations, both discharging and loading, repair works, and movement, and that the vessel always remains within the waters of the District of Oregon and within this judicial district, unless and until otherwise ordered by this Court; and it is further

ORDERED that, should Plaintiff be for some reason called to pay the costs of said normal operations of the Vessel in the first instance while the Vessel is under arrest, those costs shall constitute expenses that are *custodia legis* and administrative expenses herein.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Page 2 -   ORDER ALLOWING CARGO HANDLING, REPAIRS, AND MOVEMENT OF THE VESSEL