IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DAN-BUNKERING (MIDDLE EAST) DMCC,

    Plaintiff,

v.

M/V OLYMPIC PROGRESS, IMO No. 9513854, its engines, tackle, and apparel, *in rem*,

    Defendant.

Case No. 3:20-cv-00522-MO

*EX PARTE* ORDER FOR ARREST WARRANT

## ORDER FOR WARRANT OF ARREST

WHEREAS, upon review of Plaintiff's Verified Complaint requesting issuance of a Warrant of Arrest, *in rem*, and the Court finding that the conditions set forth in Supplemental Admiralty Rule C for issuance of a warrant for arrest against the M/V OLYMPIC PROGRESS, IMO No. 9513854 (the "Vessel") appear to exist,

NOW THEREFORE, it is hereby:

ORDERED, that the Clerk of this Court shall issue a Warrant of Maritime Arrest for the M/V OLYMPIC PROGRESS, IMO No. 9513854, its engines, freights, boilers, machinery, tackle, apparel, furniture, equipment, rigging, and all other necessary appurtenances thereto, etc., as prayed for in the Verified Complaint; and it is

Page 1 -    EX PARTE ORDER FOR WARRANT OF ARREST

ORDERED, that the United States Marshal is to take custody of the Vessel within the District of Oregon; and it is further

ORDERED, that the United States Marshal shall serve a copy of this Order, with the *In Rem* Warrant of Arrest, and a copy of the Verified Complaint upon Defendant Vessel; and it is further

ORDERED, that any person claiming a right of possession or any ownership interest in the Vessel arrested pursuant to this Order, shall, in accordance with Supplemental Admiralty Rule C(6) of the Federal Rules of Civil Procedure, file a verified statement of right or interest with the Clerk of the Court and an answer, and shall upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show cause why the arrest should not be vacated or other relief granted.

IT IS SO ORDERED

DATED this  1  day of April, 2020.

*Michael W. Mosman*
MICHAEL W. MOSMAN
United States District Judge