Joshua M. Wolf, OSB No. 141892
WOLF LEGAL, LLC
220 NW 8th Ave.
Portland, Oregon 97209
Telephone: 503.893.9788
Email: Josh@WolfLegalPDX.com

J. Stephen Simms
(*Pro hac vice* application forthcoming)
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Email: jssimms@simmsshowers.com

*Attorneys for Plaintiff*
DAN-BUNKERING (MIDDLE EAST) DMCC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAN-BUNKERING (MIDDLE EAST) DMCC,<br><br>                Plaintiff,<br><br>     v.<br><br>M/V OLYMPIC PROGRESS, IMO No. 9513854, its engines, tackle, and apparel, *in rem*,<br><br>                Defendant. | Case No. 3:20-cv-00522-MO<br><br>**WARRANT FOR ARREST *IN REM* AND LOCAL RULE 1017-1 NOTICE** |

**TO:    THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT**

    The Verified Complaint in the above-styled proceeding was filed in this Court on

Page 1 -    WARRANT FOR ARREST *IN REM* AND LOCAL RULE 1017-1 NOTICE

March 30, 2020.

      In accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are directed to arrest Defendant vessel, M/V OLYMPIC PROGRESS, IMO No. 9513854 (the "Vessel"), her engines, freights, apparel, appurtenances, tackle, etc., and to detain the same in your custody pending further Order of the Court.

      Normal loading and/or discharge cargo operations, normal repairs, and/or movement of the vessel to a safe anchorage within the District if necessary, will be permitted. You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

ORDERED at Portland, Oregon this   1st   day of   April  , 2020.

                                        CLERK, UNITED STATES DISTRICT COURT



                        By:   s/ Eric Oss
                              Deputy Clerk

\* \* \* \* \*

## LOCAL RULE 1017-1 NOTICE

**Pursuant to Local Rule 1017-1 of the United States District Court for the District of Oregon, notice is given as follows to the Vessel and to any persons who claim an interest in it:**

> **A person or entity claiming ownership of, or an interest in, property arrested or attached, or having a right to intervene with respect to such property, may request a prompt hearing under Rule E(4)(f) at which plaintiff must show cause why the arrest or attachment should not be vacated. The person or entity requesting the hearing must give notice to all persons known to have an interest in the property of the time and place of the hearing.**

Copies To:

Joshua M. Wolf, OSB No. 141892
WOLF LEGAL, LLC
220 NW 8th Ave.
Portland, Oregon 97209
Telephone: 503.893.9788
Email: Josh@WolfLegalPDX.com

J. Stephen Simms
(*Pro hac vice* application forthcoming)
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Email: jssimms@simmsshowers.com

*Attorneys for Plaintiff*
DAN-BUNKERING (MIDDLE EAST) DMCC