Joshua M. Wolf, OSB No. 141892
WOLF LEGAL, LLC
220 NW 8th Ave.
Portland, Oregon 97209
Telephone: 503.893.9788
Email: Josh@WolfLegalPDX.com

J. Stephen Simms
SIMMS SHOWERS LLP
201 International Circle
Baltimore, Maryland 21030
Telephone: 443-290-8704
Email: jssimms@simmsshowers.com

*Attorneys for Plaintiff*
DAN-BUNKERING (MIDDLE EAST) DMCC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAN-BUNKERING (MIDDLE EAST) DMCC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>M/V OLYMPIC PROGRESS, IMO No. 9513854,<br>its engines, tackle, and apparel, *in rem*,<br><br>　　　　　　　　　　Defendant. | Case No. 3:20-cv-00522-MO<br><br>**STATUS REPORT/RETURN OF SERVICE: PROVISION OF SECURITY (LETTER OF UNDERTAKING)** |

　　　Dan-Bunkering (Middle East) DMCC ( "Dan-Bunkering") now has received security in place of the M/V OLYMPIC PROGRESS, IMO 9513854 ("Vessel"), *in rem* and in lieu of arrest, in the form of a letter of undertaking ("LOU"), exhibited hereto. Pursuant to the LOU, Dan-

Page 1 -　　STATUS REPORT/RETURN OF SERVICE: PROVISION
　　　　　　OF SECURITY (LETTER OF UNDERTAKING)

Bunkering has requested that Claimant to/Owner of the Vessel file a verified statement of right or interest pursuant to Supplemental Rule C(6). The case accordingly will proceed *in rem* on the LOU/security provided in place of the Vessel.

DATED: April 3, 2020

        WOLF LEGAL, LLC
        /s/ Joshua M. Wolf
        Joshua M. Wolf, OSB No. 141892

        -and-

        SIMMS SHOWERS LLP
        /s/ J. Stephen Simms

        *Attorneys for Plaintiff*
        DAN-BUNKERING (MIDDLE EAST) DMCC